IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JULIANN MATHIESEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:18-cv-429 |
| | ) | |
| v. | ) | |
| | ) | |
| TEXAS ROADHOUSE HOLDINGS, LLC | ) | |
| d/b/a TEXAS ROADHOUSE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT TEXAS ROADHOUSE HOLDINGS LLC'S DISCLOSURE OF CORPORATE INTERESTS

COMES NOW Defendant Texas Roadhouse Holdings LLC, by and through counsel, pursuant to Local Rule 7.1, and for its Certificate of Interest, states as follows:

1. **Parent Companies:** Texas Roadhouse, Inc.

2. **Subsidiaries not wholly owned by Texas Roadhouse Holdings LLC:** None.

3. **Affiliates:** Texas Roadhouse Management Corp.

                      **RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, L.L.C.**

                      BY: */s/ Jennifer L. Woulfe*
                      John P. Kemppainen, Jr.    #42461MO
                      Jennifer L. Woulfe      #64252MO
                      Attorneys for Defendant
                      500 N. Broadway, Suite 1550
                      St. Louis, MO 63102
                      314-421-4430/314-421-4431 (FAX)
                      jkemppainen@rssclaw.com
                      jwoulfe@rssclaw.com